

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

March 17, 2008

Capt. James D Henley
P.O. Box 565
Steinhatchee, FL 32359

Re: Policy #: S19177202
Claim#: 191772-0002-001
Date of Loss: January 19, 2008

Dear Capt. Henley,

We are the agent for AXIS Reinsurance Company which insured the 2004 Fountain 34 Center Console SF identified by Hull ID #: FGQ4K054H304 during the policy term from March 2, 2007 to March 2, 2008. This letter is to advise you of the resolution of your claim for damage that occurred on January 19, 2008 and culminated when the vessel sank at the dock of your residence at 1708 King Street in Steinhatchee, FL.

On January 19, 2008, Elizabeth Henley called our office to report that the boat sank after you returned from a fishing trip during which a storm swept through the area. She reported that the Coast Guard had been notified and that a boom had been placed around the vessel in the event of a fuel spill. On January 21, 2008 you confirmed the information provided by Ms. Henley and added that you were accompanied on the trip by two other people: Mr. Dan Gipson and Mr. Albert Hulen. You said that as you prepared to return from your fishing trip, the center engine failed and the boat took on water, but that you were able to return to the dock at your residence. Shortly thereafter a neighbor notified you that the boat was listing at its stern.

After our examination of all the facts and circumstances available to us, including your verbal report and information provided by John Smith of Smith Marine Survey, Inc. ("Smith"), we have determined that this loss is not covered for several reasons. First, the vessel was being used to carry passengers for hire; you received compensation for taking Dan Gipson and Dan Gipson, Jr. fishing on the date of the loss. Your internet website featured this vessel as being available for fishing charters. Second, our investigation has determined you have no



One Hollow Lane, Lake Success, N.Y. 11042 • Tel: 1-800-225-6560 Fax: 1-516-365-3615

insurable interest in the boat because the vessel is owned by Elizabeth Henley and Ronald Gay and that they have an outstanding loan collateralized by this vessel. Since you did not have an insurable interest in the vessel at the time you insured it, we are rescinding the policy at its inception and enclosing all the premium and Florida state tax ($3,550.15) that you paid. Third, Smith determined that the sinking was the result of a lack of maintenance and wear and tear. The vessel was originally equipped with two aft bilge pumps, but the starboard pump was removed prior to the sinking and the discharge hose was left lying in the hull, uncapped. The port bilge pump was installed but inoperable at the time of the sinking. Water entered the hull through both deck hatches because the deck scuppers were both partially clogged and also entered via the disconnected bilge pump discharge hoses. With the missing and inoperable bilge pumps water was able to backflow through the discharge and collected in the hull thereby inevitably compromising the stability of the vessel and causing it to roll over. The majority of the water accumulated during the charter fishing trip and the passengers used buckets to keep the vessel afloat during the trip back to shore.

The Seafarer Policy addresses these conditions and states:

**Part B: General Limitations and Exclusions**

1. **PRIVATE PLEASURE USE ONLY:** We do not provide any coverage while your insured property is used for charter, to carry persons or property for a fee, or for any other commercial use unless prior written consent has been obtained from us. We will provide coverage while you are attempting to aid other boats in distress, provided you do not charge a fee for your services.

4. **CONCEALMENT, MISREPRESENTATION OR FRAUD:** All coverage provided by us will be voided from the beginning of the policy period if you intentionally conceal or misrepresent any material fact or circumstance relating to this contract of insurance, or the application for such insurance, whether before or after a loss.

**Part D: Property Damage Coverage**

1. **PERILS INSURED AGAINST:** We will provide coverage for all accidental direct physical loss or damage to your insured property, except as specifically excluded in this policy.

2. **EXCLUSIONS:** We do not provide Property Damage coverage against or resulting damage from:

    a. wear and tear, mechanical breakdown, gradual deterioration, corrosion, weathering, insect, mold, animals, marine life damage;

This declination is not based solely on the above, but is subject to all the terms, conditions and exclusions of Policy S19177202, as well as all defenses arising at law, equity or admiralty. The AXIS Reinsurance Company reserves its rights under the policy to make additional reservations or declinations in the event additional information is developed. Of course, if you have additional information that you feel may change our decision, please feel free to bring it to our attention.

If you have any questions, please call me and I will be happy to discuss them with you.

Sincerely,

*Mark Malphrus*

Mark Malphrus
Claims Adjuster
Tel: 800 225 6560 Ext. 451
Fax: 516 281 8611
Mark@skisafe.com

cc: John Darr Agency

Enc: 2