# Sea-Safe Seafarer Yacht Policy

**Named Insured & Mailing Address:**
James D Henley
PO Box 566
Steinhatchee, FL  32359

**Policy Term:**
Effective: Mar 2, 2007 to Mar 2, 2008
(12:01 A.M. standard time at address of named insured)
Policy # S19177202

**Administrator:** Tel: 800-225-6560
Sullivan & Strauss Agency, Inc.
One Hollow Lane
Lake Success, NY  11042

**Producer:** 006424  John Darr Agency
2727 NW 43 Street - 6
Gainesville, FL 32606-0000

**Company Providing this Insurance:**
AXIS Reinsurance Company
430 Park Avenue, 4th Floor
New York, NY 10022

We will provide the insurance described in this policy in return for the premium and compliance with all applicable policy provisions. Coverage is provided where an Amount of Insurance is shown for the coverage of this policy of which this Declarations Page is a part.

**Location of Insured Property:** Steinhatchee, FL

| COVERAGE | | AMOUNT OF INSURANCE |
|---|---|---|
| **PART D: Property Damage** | | |
| Insured Property: 2004  34' Fountain 34 Center Console SF | | $ 135,000 |
| Hull ID: TO FOLLOW | | |
| Outboard Motor: TO FOLLOW X 3 | | Included |
| Towing | | $ 1,000 |
| Deductible Applicable to Part D: | Standard | $ 8,100 |
| | Windstorm (not covered) | $ Excluded |
| Special Deductible Expires:  April 28, 2007 | Theft | $ 33,750 |
| **PART E:** Watercraft Liability | | $ 300,000 |
| **PART F:** Medical Payments | | $ 10,000 |
| **PART G:** Uninsured Boaters Liability | | Included in Part E Limit |
| **PART I:** Personal Property | | $ 2,500 |
| Deductible Applicable to Part I: | | $ 250 |

Mandatory Florida CAT 1% Assessment of $35.15 in addition to  full premium.   $ 3,515.00
**Navigational Limits** Inland and Coastwise Waters of the United States and Canada.

This policy is issued with a 12 month navigation period.
Policy Forms Attached:
  Deductible Endorsement SS-90 (05/01)
Windstorm Exclusion SS-WINDX (05/01)

SS-SF (01-05)   Issue Date: March 2, 2007      *Minimum Earned Premium: $ 250*      SS-SFP (01-05)

Signature of Licensed Agent 

# EXHIBIT