IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN ADMIRALTY

AXIS REINSURANCE COMPANY

    Plaintiff

Case No.: 4:08cv168-WS/WCS

v.

JAMES D. HENLEY

    Defendant.

_____/

## AFFIDAVIT OF JOHN SMITH IN SUPPORT OF AXIS REINSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

STATE OF SOUTH CAROLINA  )

COUNTY OF BEAUFORT     )

BEFORE ME, the undersigned authority, personally appeared JOHN SMITH who, after being duly sworn upon oath, deposes and says:

1. My name is JOHN SMITH. I am over the age of 18. This affidavit is based upon my own personal knowledge and observations.

2. I am a marine surveyor, appraiser, marine insurance claims adjuster, and marine accident investigator working for Smith Marine Survey, Inc. I have over 30 years' experience.

3. Axis Reinsurance Company retained Smith Marine Survey Inc. to investigate the sinking of a 2004 34-foot Fountain vessel, official number 1157673 .

4. Attached hereto as **Composite Exhibit "A"** are reports of the findings, opinions and conclusions of my investigation. These are true and correct copies of my findings, opinions and conclusions, prepared by me, based on my knowledge, experience and investigation.



**EXHIBIT**

tabbies

D

FURTHER AFFIANT SAYETH NOT.

By _____
JOHN SMITH

SWORN TO and SUBSCRIBED before me this November __25__, 2008 by JOHN

SMITH, who is personally known to me, or who has produced __SCDL__ as

identification.

_____
(Signature of Notary Public, State of South Carolina)

Vicky Sweat
(Name, Typed, Printed, or Stamped)

# SMITH MARINE SURVEY INC.

**MARINE CLAIMS ADJUSTING, MARINE SURVEY, APPRAISAL**

*YACHTS, COMMERCIAL PASSENGER VESSELS, FISHING VESSELS,*
*SMALL CRAFT, BOAT TRAILERS, DOCKS, MARINAS, BOAT YARDS*

PO Box 440

SHELDON, SC 29941

**(843) 846-9561**

JOHN SMITH, ASA, CMC, FACFEI, DABFE

*Via e-mail*

Mr. Jules Massee                          September 4, 2008
Hamilton, Miller & Birthisel
Tampa, Florida

Re: Axis Reinsurance Company v. James D. Henley,
    case 4:08-cv-168-WS-WCS.

## SUMMARY:

The vessel went out on a fishing trip from Steinhatchee (near Gainesville), Florida on or about the morning of 1-19-08. The vessel was unseaworthy prior to setting out on that voyage. The vessel was reported flooding during that voyage. Soon after that voyage, it sank.

The root cause of the sinking was wear and tear over time and a lack of maintenance. Earlier in its life, the vessel had been equipped with two electric bilge pumps in its aft bilge. Prior to its last voyage, one of those pumps had been removed and the discharge hose for that pump had been left unplugged. The one remaining bilge pump was inoperable.

## SCOPE OF WORK:

I discussed this matter with plaintiff's attorneys.
I interviewed Ms. Christine Janke of SkiSafe insurance company.
I received documents and photographs from plaintiff's attorneys.
I interviewed Captain Henley and received documents from him.
I inspected the vessel on its trailer at Sea Hag Marina in Steinhatchee, Florida. I inspected the dock and vessel related personal property at Capt Henley's Steinhatchee home dock where the vessel sank.



EXHIBIT
Composite
A
to Exhibit D

AXIS v. Henley
Plaintiff 26(A)(2) 007



The vessel at Sea Hag Marina. The expired Georgia registration number expiration sticker had faded to illegibility. You can see the faint outlines of it at the tip of the orange arrow above.

## FINDINGS:

1 – The cockpit scuppers were partly clogged prior to the sinking. The repair tech that serviced and preserved the engines after the vessel was raised, said he had removed trash from the scuppers. See the next 3 photos.






These 3 photos show the exit for the starboard cockpit drain. The tip of the orange arrow points to sunlight visible through the starboard drain. The condition of the port drain was similar. There was debris in both drains but neither was completely clogged when I inspected the boat.

2 – The flood water got into the boat through both the deck and the bilge pump discharge hoses. The deck was exposed via the lazarette hatchway and other loose deck fits. That hatchway was located just forward of the engine splashwell. Under normal circumstances on a reasonably well maintained vessel, deck wash and rainwater would puddle aft and some of that would run down past the un-gasketed hatch cover into the bilge, to be pumped overboard by the bilge pumps. The lack of bilge pumps on this boat allowed that water to accumulate in the bilge. The clogged deck scuppers slowed the water flow off of the deck and caused more of it to flow into the bilge.

*Axis Reinsurance v. Henley, page 4 of 16.*

The aft deck layout is shown in the next picture:



View of the aft cockpit facing to port.

The partly clogged port cockpit scupper. The starboard scupper looked similar to that.

The lazarette hatch.

In addition, there was evidence of heavy rainfall during the months prior to the sinking. According to NOAA, the reported rainfall measured at the Gainesville, Florida airport for the period preceding the sinking was:

    Oct 2007    7.01"
    Nov 2007     .84"
    Dec 2007    2.04"
    Jan 2008    2.79"  through the date of the sinking. With no

operable bilge pumps, that most probably lead to an accumulation of rainwater in this vessel's bilge. 1.79" of rain reportedly fell at the airport on 1-19-08, an amount a seaworthy vessel with clear scuppers and operable bilge pumps could have easily sustained.

3 - The starboard bilge pump had been removed and the open end of its discharge hose had not been plugged. The lack of a pump allowed flood water to accumulate in the bilge and not get pumped out. The open hose allowed water to siphon into the bilge as the weight of accumulated bilge water caused the vessel to settle lower in the water.



These two photos show the starboard bilge pump discharge port. Other photos will show that the starboard bilge pump had been removed from the vessel and that the open end of the starboard bilge pump discharge hose had not been plugged. The inboard ends of both bilge pump discharge hoses were open for in-flooding. Both inboard ends were lower than their discharge ports. As those discharge ports became submerged, those two 1 1/8" ID hoses became siphons to flood the vessel.

The next 3 photos show the starboard bilge pump discharge hose.
The starboard bilge pump had been removed from the vessel.







Orange arrows indicate the stb bilge pump discharge hose.

*Photo top left—* View aft in the starboard bilge.

*Photo top right—* Closeup of the stb bilge pump discharge hose.

*Photo left—* The open end of the starboard bilge pump discharge hose. That end should have been attached to an operable automatic bilge pump. Please note, the Rule Hi-Flow pump visible in these photos was not a bilge pump, it was a washdown pump.

4 - The port bilge pump was inoperable.



The vessel had been equipped with two bilge pumps. There had been a port pump and a starboard pump in the aft bilge. These 3 photos show the switches and the indicator lights for both the port and starboard bilge pumps.





There was continuity through both circuits but wire connections
were badly corroded.  That was typical for a salt water sinking.



*Photo top left*— View of the aft cockpit with the lazarette hatch circled.
*Top right*— View down and aft through the lazarette hatchway.  The vessel's only bilge
pump is visible on the port side of the keel.
*Lower left*— That bilge pump removed from the bilge, its wire ends stripped.
*Lower right*— The pump assembly removed from its case and attached to a 12 volt wet
cell battery with the float switch in its UP position.  The armature of the pump motor did
not rotate.  The bilge pump was inoperable.

5 – Capt Henley claimed that personal property was damaged and lost when the vessel sank. He stated that he used that gear on both of his vessels. Please see the following photographs.



These 2 images were supplied by Capt Henley. They show the vessel in its capsized condition at the dock behind his house. Capt Henley claimed that a lot of fishing and safety gear was lost in the capsize. There is a relatively narrow tidal range in that region. Please note that the vessel is sitting in only 3' to 6' of water.



The orange arrow below points to the floating dock where the vessel sank. The other 3 photos show fishing gear that had reportedly been onboard when the vessel sank. Capt Henley claimed that 4 other rod/reel combos and other gear was lost overboard. He stated that he used that gear on both of his vessels.






 

A Garmin GPSmap 176 portable GPS unit. The battery contacts were badly rusted, there was water inside of the case.

 



An ACR brand Class B EPIRB. It is my understanding that as of 1-07 it is illegal to use Class B EPIRBs. Note that this unit's battery had expired in May 2006. Its Serial Number and Manufacturing Date label had been removed. That EPIRB had no value on the date of the loss. It was a waterproof unit and was not damaged by the sinking.



A Cobra brand portable submersible VHF radio. The battery was dead at zero volts DC. I did not see evidence that water entered the housing. The battery contacts looked OK. It was rated submersible by the manufacturer and was probably not damaged by the sinking.

Here is the list of personal property claimed lost:

|  | Claimed | Recommended if a covered claim |
|---|---|---|
| Garmin GPSmap 76 | $161.79 | $161.79[1] |
| ACR Class B EPIRB | 199.95[2] | 0[3] |
| Cobra subm. Port. VHF | 149.99 | 0[3] |
| 2 Olin Alert flare kits | 218.98 | 218.98[9] |
| 4 spin rod/reel combos | 399.92 | 399.92[4] |
| First aid kit | 79.99 | 79.99[5] |
| 12 gallons engine oil | 299.88 | 0[6] |
| 250 gals. Gasoline | 797.50 | 0[6] |
| 2 tackle boxes @$60 | 120.00 | 120.00[7] |
| 1pr waterproof gloves | 25.00 | 25.00[7] |
| 1pr Sebago boat shoes | 84.99 | 84.99[8] |
| 6 PFD locator lights | 60.00 | 60.00[8] |
| Sport ladder | 256.99 | 259.99 |
| Freight | 20.25 | 20.25 |
| Asst. tools | 300.00 | 300.00[7] |
| 30 Fishing lures | 255.00 | 255.00[7] |
| Briefcase | 40.00 | 40.00[7] |
| Totals | $3470.23 | $2025.91 |

[1]Online price including freight.
[2]Online price.
[3]Probably not damaged in the sinking.

[4]Claimed were Penn 450 SSGs with Outer Banks Classic rods, recommended replacements are Shimano Spheros SP6000FA reels with Outer Banks Classic rods. Online prices, free freight and no sales tax.
[5]Recommended replacement is an Orion Open Ocean first aid kit. Online price, free freight and no sales tax.
[6]That was included as part of the vessel's inventory. It was not personal property.
[7]That was Capt Henley's estimated value.
[8]Online price, free freight and sales tax.
[9]Claimed lost overboard and floated away.

Capt Henley, a retired CPA, stated that he did not have receipts for the items claimed lost. Water at the dock where the vessel sank was approximately 3' to 5' deep. The towboat operator/salvor, said he used diving gear at that site. He stated that he searched but did not find the claimed lost gear.

## *SUE AND LABOR CHARGES:*

Capt Henley stated that he obtained locally 2 bags of oil absorbent boom and deployed them himself. He stated that he didn't know the cost.

Capt Bill Paine of Paine Marine Salvage stated that he had set the containment boom across the canal himself. His bill for services totaled $4250. A copy of that bill is attached.

Cole Marine reportedly dried the engines and got 2 of them running the bill for that service was $666.75. A copy of that bill is attached.

## *COST TO REPAIR:*
Sea Hag Marina in Steinhatchee Florida quoted on the cost to repair this vessel. Their repair quote totaled $120,423.60. It ran 12 pages. It contained betterment. To simplify this report, I will give my analysis of that repair quote in a separate report.

## CONCLUSIONS:

There was no accident. The cause of the sinking was wear
and tear over time and a lack of vessel maintenance. The
vessel was unseaworthy immediately prior to its last voyage
and set out in an unseaworthy condition.

Water had most probably accumulated in the bilge prior to the
voyage. Additional water entered through the open bilge pump
discharge hose during the voyage and flooded the hull.

Even after having the vessel almost sink from under him
while standing on its deck offshore, Capt Henley failed to take
reasonable steps to save the vessel when it reached land. He had
several options available. If the vessel had been hauled when it
reached the marina and repaired, it would probably be afloat today.
If the vessel had been dewatered at the dock and repaired, it would
probably still be afloat. If the vessel had been reasonably
maintained prior to that last trip, it would probably still
be afloat.

This report is the result of visual inspections, simulated
service testing and research. It is submitted without prejudice.

# John Smith

Digitally signed by John Smith
DN: CN = John Smith, L = Sheldon, South
Carolina, O = SMITH Marine Survey Inc.
Date: 2008.09.17 17:56:54 -04'00'

John Smith, ASA, CMC, FACFEI, DABFE
Encl: Salvage and engine preservation bills.

With the exception of the last two photographs in this report,
all photographs in this report are copyrighted by SMITH Marine
Survey Inc.

The salvage bill.

_FEB 11,2009 12:58A                    000-000-00000                              page 1

| Towing Company: Paine's Marine Towing & Salvage | Boat: | 352-491-1135 | TC# |
|---|---|---|---|
| Company Address: 14550 N.W. 81st Ave   Trenton, FL.   32693 | City: | State: | Zip: |

**DISABLED BOAT INFORMATION**

| | | Date of Service: 1/20/08 |
|---|---|---|

Name of Vessel: Queen of Kings          Power ☑  Sail ☐
How Contacted: ☐VHF  ☐Phone  ☐CG  ☐Visual
☐BoatU.S. Dispatch  ☐ Other:

Make: Frontier          Length: 34   Year:          Nature of distress: Sunk + Rollover on _____ #POB: 1

Reg #: GA 9025 SK          Color: white          Disabled boat's location: Home dock

Weather & Sea Conditions: Cold

Disabled boat's destination:

☐ Boat Owner Name and/or
☐ Operator Name   James D Henley.

| Time contacted: | ETA |
|---|---|

Address: PO Box 565

City: Steinhatchee   State: Fla.   Zip: 32359

Home Phone: 352 498 0792   Work Phone:   Cell Phone:

| 1) Time towboat out | 2) Time on scene |
|---|---|
| 3) Time in tow | 4) Time tow completed |
| 5) Time towboat at base | 6) Total # of hours towed |

E-mail Address:          ☐ Home and/or  ☐ Work

BoatU.S. Member #:   Service Level:   Exp. Date:

Towing Captain: Capt. Bill Paine
Towboat used: Little Thunder
Towboat's location Riverhaven Marina
when contacted Steinhatchee, Fl

| DESCRIPTION OF SERVICES | BASIS FOR CHARGES (RATES, TIME SPENT, ETC.) | AMOUNT |
|---|---|---|
| ☐ Towing: | hours x rate | |
| ☐ Dock-to-Dock: | hours x rate | |
| ☐ Ungrounding Charge Rate: | hours x | |
| rate | | |
| ☐ Salvage | $125.00 P.F. | |
| Notes: uprighted & raised 34' Frontier air bags, divers, Pumper, containment Booms, Pumps, 3 men, hour to eject | $4250.00 |

Invoice is due and payable at completion of the requested service and Vessel owner personally shall apply to any balance over Thirty (30) days. The undersigned agrees to pay BoatU.S. charges including any and all costs of such collection procedures if necessary. The undersigned agrees to indemnify and hold harmless the Towing Contractor, BoatU.S. and their agents, for any and all claims for bodily injury, property or environmental damage arising out of the work requested regardless of the cause. Disputes rising out of this agreement will be resolved by Arbitration in a mutually agreeable forum.

| | Invoice Subtotal | |
|---|---|---|
| | Tax   $___ % | |
| BALANCE PAID: ☐ Cash  ☐ Check  ☐ Charge  ☐ Other | Total | $4250.00 |
| Credit Card Holder's Signature:          Date: | Amount Billed To BoatU.S. | |
| Credit Card Holder's Name: | Balance Billed to Boater: | |

Boat Owner ☐   Operator ☐
Signature: James D. Henley          Date 1/20/08

Top copy = billing service   middle copy = towing service   Bottom copy = customer/operator

AXIS v. Henley
Plaintiff 26 (a)(2) 021

Engine preservation bill

# Cole Marine

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 2/1/2008 | 740 |

PO Box 204
Steinhatchee, FL 32359

Randy: 352-356-3602

Bill To:

Jim Henley
PO Box 565
Steinhatchee, FL 32359

**Job Description**

Fountain sank with 3 225hp Mercurys
Dried motors out and get running
Got 2 running and could not get port
engine to run(wire harness shorted out)

| DESCRIPTION/PARTS | QTY | RATE | AMOUNT |
|-------------------|-----|------|--------|
| Labor | 8 | 80.00 | 640.00 |
| Fuel and oil. | 1 | 25.00 | 25.00T |
| sales tax | | 7.00% | 1.75 |

Please remit to above address.

**Total** **$666.75**

Please Visit our web page @ http://colemarineservice.googlepages.com/home
Send us your favorite fishing picture to post & share :)

# SMITH Marine Survey Inc.

MARINE CLAIMS ADJUSTING, MARINE SURVEY, APPRAISAL

*YACHTS, COMMERCIAL PASSENGER VESSELS, FISHING VESSELS,*
*SMALL CRAFT, BOAT TRAILERS, DOCKS, MARINAS, BOAT YARDS*

PO Box 440

SHELDON, SC 29941

**(843) 846-9561**

JOHN SMITH, ASA, CMC, FACFEI, DABFE

*Via e-mail*

Mr. Jules Massee                                    September 22, 2008
Hamilton, Miller & Birthisel, LLP
100 South Ashley Drive
Suite 1210
Tampa, Florida 33602

Re: Axis Reinsurance Company v. James D. Henley,
    Case 4:08-cv-168-WS-WCS.

Dear Mr. Massee:

Due to wear and tear and the lack of maintenance, this
unseaworthy fishing vessel flooded offshore Steinhatchee (near
Gainesville), Florida.  It was reportedly escorted to its dock
by a TowBoatUS operator.  Later that day, the vessel sank at its
dock.  According to a witness, the TowBoatUS operator provided
escort services only.  He did not put a pump onboard for the
trip to shore.

I inspected the vessel at Sea Hag Marina in Steinhatchee,
Florida.  Sea Hag quoted on the cost to repair the vessel.
Their repair quote totaled $120,423.60 and contained betterment.
My analysis of that repair quote follows:

|  | Claimed | Recommended if a covered claim |
|---|---|---|
| Remove damaged items @$79 | $2,291.00 | $2,291.00 |
| @$55 | 660.00 | 660.00 |
| Remove cc, fuel tank & wiring | | |
|   Labor | 1,422.00 | 711.00[9] |
|   Labor | 330.00 | 165.00[9] |
| Clean hull for fiberglass work | | |
|   Materials | 45.00 | 0[1] |
|   Labor | 440.00 | 0[1] |
| Fiberglass repairs | | |
|   Materials | 553.95 | 0[1] |
|   Labor | 2,622.00 | 0[1] |
|   Labor | 1,210.00 | 0[1] |

| | | |
|---|---:|---:|
| Clean boat after fiberglass work | | |
| Labor | 330.00 | 0[1] |
| Materials | 45.00 | 0[1] |
| Electrical wiring | | |
| Materials (page 3) | 3,706.67 | |
| Materials (page 4) | 84.69 | 0[2] |
| Labor 48 hours | 3,792.00 | 3,160.00[3] |
| Labor 24 hours | 1,320.00 | 1,100.00[3] |
| Reinstall T-top | | |
| Materials | 19.99 | 0[4] |
| Labor | 553.00 | 0[4] |
| Labor | 220.00 | 0[4] |
| R&R batteries and appliances | | |
| Material (page 4) | 806.91 | 806.91 |
| Material (page 5) | 9,546.88 | 9,124.20[5] |
| Material (page 6) | 7,896.65 | 7,896.65 |
| Material (page 7) | 912.08 | 912.08 |
| Labor 139 hours @ $79 | 10,981.00 | 10,902.00[6] |
| Labor 45 hours @ $55 | 2,475.00 | 2,475.00 |
| Electrical tests | 474.00 | 474.00 |
| New upholstery (page 8) | | |
| Materials | 4,975.00 | 0[7] |
| Labor | 395.00 | 0[7] |
| Labor | 110.00 | 0[7] |
| Engine repairs | | |
| Materials (page 9) | 8,654.25 | 8,654.25 |
| Materials (page 10) | 19,503.85 | 18,053.25[8] |
| Materials (page 11) | 20,458.45 | 20,458.45 |
| Freight | 220.00 | 220.00 |
| Labor (page 11) | 3,871.00 | 3,871.00 |
| Labor (page 11) | 660.00 | 660.00 |
| Cleaning/sea trial | | |
| Materials (page 11) | 45.00 | 45.00 |
| Labor (page 12) | 632.00 | 632.00 |
| Labor (page 12) | 660.00 | 660.00 |
| Sales Tax 7% L&M | 7,850.70 | 6,819.29 |
| Totals | $120,423.60 | $104,457.75 |

[1] There was no evidence that the vessel's fiberglass was damaged by either the flooding or the sinking.

[2] Those items were for reinstallation of the fuel tank and the center console. There were no signs of damage on either the fuel tank or the center console. I found no water inside the fuel tank.

AXIS v. Henley
Plaintiff 26 (a)(2) 024

[3] That included labor for both the electrical wiring work and the center console/fuel tank replacement. There were no signs of damage on either the fuel tank or the center console. I deducted 8 hours and 4 hours from the two labor charges for the center console/fuel tank replacement. The remaining amount were my estimated costs to remove wiring.

[4] There was no evidence that the vessel's T top was damaged by either the flooding or the sinking.

[5] Page 5 in the repair quote included a new Rule bilge pump. The vessel's 2 old bilge pumps, were both Lovetts. One was missing from the vessel, the other, a 1200 gph Lovett pump was inoperable when the boat set out on its last voyage. That pump was not damaged by either the flooding or the sinking.

In addition, one of the 2 forward compartment dewatering pumps had an inoperable float switch. The inoperable bilge pump and the inoperable dewatering pump both had no value when the vessel set out on its last voyage. I deducted 275.99 from the claimed amount on page 5 for the replacement bilge pump and 146.69 for the replacement dewatering pump.

[6] I deducted 1 hour labor for installation of replacements for the two previously defective pumps.

[7] The upholstery had been in poor condition. It was weathered and showed no signs of maintenance. It was not damaged by either the flooding or the sinking.

[8] The gear housing was not damaged by either the flooding or the sinking. I adjusted the total of page 10 material costs by $1450.60.

[9] Those items were for removal of the fuel tank, the center console and electrical wiring. There were no signs of either fuel tank or center console damage. I found no water inside the fuel tank. I adjusted that item 50% to show the estimated cost to remove wiring.

It would probably be less costly to replace the subject vessel than to pay to have it repaired. On 3-19-08 when I first reported on this, there were three similar vessels for sale in Florida on the YachtWorld website. Two of those were listed for less than $100,000 each. Asking price for the third was less than the quoted repair cost for the subject boat. Currently there are three similar vessels for sale on YachtWorld. The most expensive at $130,000 in Florida includes a new trailer. The other two, one in Georgia and one in Florida, have asking prices of $109,000 and $95,900. Negotiated sales prices would probably be lower. The most recent SoldBoats reported Florida sale of a similar 2004 34' Fountain center console model was for $91,500. It is currently a buyer's market for these vessels.

Auctions at usauctions.com, the boat salvage sales company, reportedly brought:

$31,211 for a 2003 32' Four Winns 328 Vista Express Cruiser that reportedly sank.

$22,295 for a 1995 35' Tiara 3500 Express that reportedly sunk.

$27,600 for a 2004 31' Contender – hull only – vessel was reported as a theft recovery.

Sold as salvage, the subject vessel would probably sell in that range. One outcome of a replacement vessel/salvage sale transaction could be:

| | |
|---|---|
| Estimated replacement cost | $95,000 |
| Less estimated salvage recovery | $30,000 |
| Estimated loss total | $65,000 |

This report is the result of my inspection of the subject vessel and additional research. It is submitted without prejudice.

# John Smith

Digitally signed by John Smith
DN: CN = John Smith, L = Sheldon, South
Carolina, O = SMITH Marine Survey Inc.
Date: 2008.09.22 13:30:56 -04'00'

John Smith, ASA, CMC, FACFEI, DABFE
A signed paper copy of this report is filed at
SMITH Marine Survey Inc.
Encl: The Sea Hag repair quote will be sent in a separate
      12 page PDF email file attachment.