IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN ADMIRALTY

AXIS REINSURANCE COMPANY

    Plaintiff

v.

    Case No.: 4:08cv168-WS/WCS

JAMES D. HENLEY

    Defendant.
_____/

## AFFIDAVIT OF CHRISTINE JANKE

STATE OF NEW YORK

CITY/COUNTY OF NASSAU

Christine Janke, being duly sworn, deposes and states:

1. My name is Christine Janke, and I reside at 149 Patton Boulevard, New Hyde Park, NY 11040.

2. I am over 18 years of age.

3. I am a Claims Supervisor and adjuster at Sullivan and Strauss Agency, Inc. d/b/a Sea-Safe Insurance ("Sea-Safe") and have been employed there for ten years. I was one of the adjusters who handled James D. Henley's claim concerning the sinking of a 2004 34 foot Fountain Center Console SF (the "Vessel"), allegedly occurring on January 19, 2008.

4. This affidavit is based upon my personal knowledge.


5.      On January 21, 2008, I called Mr. Henley regarding the loss. When asked, Henley denied that the Vessel was used commercially, and stated it was strictly a recreational Vessel.

6.      Also on January 21, 2008, and after my conversation with Mr. Henley, I viewed the internet website saltwaterfishn.com, which advertised the Vessel for use in offshore fishing charters at a rate of $850 per day. I have attached a printout of the webpage which fairly and accurately depicts how the webpage looked on January 21, 2008 as **EXHIBIT 1**.

7.      Since first viewing the internet website saltwaterfishn.com on January 21, 2008, I returned to the web address in February 2008 and found the website changed. All references to the Vessel and offshore fishing charters had been removed.

                                              *Christine Janke*
                                              CHRISTINE JANKE

SWORN TO AND SUBSCRIBED BEFORE ME this _Nov 25_, 2008, by CHRISTINE JANKE, who is either __✓__ known to me or _____ produced _____ as identification.

DAVID STRAUSS
Notary Public, State of New York
No. 31-4617872
Qualified in New York County
Commission Expires _1/31/10_

_David Strauss_
NOTARY PUBLIC

My Commission Expires: _1/31/10_



### Saltwater Fish'n

| Home | Charters | Lodging Info | Contact Us | Photo Album |

## SPECIAL NOTES

All charters include ice, bait & fishing tackle. Bait includes the Captain's choice of artificial bait and lures.

Fishing licenses are not necessary as you are covered under Captain Jim's license.

Fishing cleaning service is available at a rate of $.50 a pound. Fish fillets are neatly bagged and ready to go home according to your specifications.

Half Day Charters typically leave the dock at 7 or 8am and the fishing grounds are left around 12:00 or 1:00pm. Others choose to leave mid-morning or early afternoon for a four hour outing. Feel free to ask the Captain to meet your specific request.

Full Day Charters typically leave the dock at 7 or 8am and the fishing grounds are left around 3:30 or 4:00pm.

## Charter Options

### Inshore("Flats") Fishing Charter
**25 Foot Carolina Skiff DVX**

Fish the flats for trout, silver trout, redfish, blue fish and the ocassional spanish mackrel.

**Half Day (4 hours) - $350**

**Full Day (8 hours) - $450**





### Offshore Fishing Charter
Looking for an offshore adventure? Experience bottom fishing for "pinks", "blacks", and "grouper" or troll for "king" or "spanish" mackerel.

*Choice of boats is the Captain's choice based on weather conditions.*

26 Foot Carolina Skiff DVX -

34 Foot Fountain powered by 3-225 HP Engines

**Full Day - $850**



## REFUND & CANCELLATION POLICY

1) Fishing is always the Captain's Choice. Safety is of the utmost important and decisions regarding fishing in any inclement weather will always be at the sole discretion of the Captain. In the event that the Captain cancels the charter, any

### Scalloping Charter

This is what Steinhatchee's famous for. Families, friends, and couples enjoy hours in the water searching for those curious little creatures. Scoop one up out of the grass or reach out and grab one in flight. Snorkel gear not included.

### Custom Charters

We're flexible! Some people choose to spend part of the day fishing and part of the day scalloping. Others want the guys to go fishing in the morning and the ladies & guys go fishing or scalloping in the afternoon.



EXHIBIT 1 to Exhibit E

http://www.saltwaterfishn.com/charters.html — 1/21/2008