UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AXIS REINSURANCE COMPANY,

    Plaintiff,

v.                                                                                       4:08cv168-WS

JAMES D. HENLEY,

    Defendant.

_____

## ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The plaintiff, Axis Reinsurance Company ("Axis"), seeks a declaratory judgment as to whether a marine insurance policy issued to the defendant, James D. Henley ("Henley"), provides coverage for the capsizing and sinking of Henley's insured vessel. Before the court at this time is a motion for summary judgment filed by Axis. Doc. 16. Henley has responded (doc. 23) in opposition to the motion, and the parties have been advised (doc. 24) that the motion would be taken under advisement as of a date certain. Because the court finds that the record does *not* entitle Axis to summary judgment, it is ORDERED:

    The plaintiff's motion for summary judgment (doc. 16) is DENIED.

    DONE AND ORDERED this   30th   day of   January  , 2009.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE