


PLAINTIFF'S
EXHIBIT
9-18-08    #1
JAMES O. HENLEY



PLAINTIFF'S EXHIBIT
Composite #2
9-18-08 JAMES HENEY



PLAINTIFF'S EXHIBIT
Composite #2
9-18-08 JAMES HENEY




















