






































