











































































STATE OF FLORIDA
RECREATIONAL LICENSE
CUST# 002-122-444
JAMES D. HENLEY
PO BOX 565
STEINHATCHEE, FL 32359

PRIVILEGE(S) PURCHASED:
14 CHARTER CAPTAIN - 4 OR LESS   $201.50
Valid For: 03/24/2008 - 03/24/2009
Coast Guard License #: 1183408

TOTAL: $201.50

I CONFIRM THE ABOVE AND I UNDERSTAND THE
RESIDENCY REQUIREMENTS PRINTED ON BACK.
SIGNATURE: James D. Henley

ALL SALES FINAL

TRAN #: 007840050        03/24/2008 09:48
AGENT: 15001A           TERMINAL: 4305768

#3

PLAINTIFF'S
EXHIBIT
9-18-08        #3
JAMES HENLEY



| Charters ▶ | Lodging Info ▶ | Contact Us ▶ | Fish'n Photos ▶ |

Capt. James D. Henley

## Articles featuring Captain Jim!

Visit Florida - 2007

Family Times - August 2007

Sport Fishing Magazine - August 2008

Captain James ("Jim") D Henley has over 10 years as a captain with the US Coast Guard and over 45 years of fishing experience. He fished professionally for over 6 years before becoming a full-time guide in Steinhatchee, FL.

Captain Jim's love of people and knowledge of fishing and boating provides you a fun, safe day on the water. The focus of the trip is about "you". Call (352) 498-0792 to schedule your fun fishing trip. Captain Henley has taken people fishing for over 45 years.





**Charter Services Available**

**Inshore**

**Scalloping**



PLAINTIFF'S EXHIBIT
9-18-08  #4
JAMES D. HENLEY



Saltwater Fish'n

| Home ▶ | ████████ ▶ | Lodging Info ▶ | Contact Us ▶ | Fish'n Photos ▶ |

## SPECIAL NOTES

All charters include ice, bait & fishing tackle. Bait includes the Captain's choice of artificial bait and lures.

Fishing licenses are not necessary as you are covered under Captain Jim's license.

Fishing cleaning service is available at a rate of 5.50 a pound. Fish fillets are neatly bagged and ready to go home according to your specifications.

Half Day Charters typically leave the dock at 7 or 8am and the fishing grounds are left around 12:00 or 1:00pm. Others choose to leave mid-morning or early afternoon for a four hour outing. Feel free to ask the Captain to meet your specific request.

Full Day Charters typically leave the dock at 7 or 8am and the fishing grounds are left around 3:30 or 4:00pm.

## Charter Options



### Inshore("Flats") Fishing Charter
25 Foot Carolina Skiff DVX

Fish the flats for trout, silver trout, redfish, blue fish and the occasional spanish mackrel.

**Half Day (4 hours) - $350**

**Full Day (8 hours) - $450**

### Scalloping Charter

This is what Steinhatchee's famous for. Families, friends, and couples enjoy hours in the water searching for those curious little creatures. Scoop one up out of the grass or reach out and grab one in flight. Snorkel gear not included. Scallop season runs from July 1 through September 10.

$350 For the Day!!

### Custom Charters

We're flexible! Some people choose to spend part of the day fishing and part of the day scalloping. Others want the guys to go fishing in the morning and the ladies & guys go fishing or scalloping in the afternoon. Discuss your special requests with the Captain to see if your request can be accommodated.

## REFUND & CANCELLATION POLICY

1) Fishing is always the Captain's Choice. Safety is of the utmost important and decisions regarding fishing in any inclement weather will always be at the sole discretion of the Captain. In the event that the Captain cancels the charter, any deposits will be returned and no further charges will be due.

2) We hope you will extend us the courtesy of cancelling at the earliest possible time. We would appreciate any and all communication regarding the your specific

Freshwater Fisheries Management Rules & Regulations

Local Weather

Marine Fisheries Regulations

Licenses & Permits



PLAINTIFF'S EXHIBIT
9-18-08  #5
JAMES D. HENLEY



| Charters ▶ | Lodging Info ▶ | Contact Us ▶ | Photo Album ▶ |

Recent Catch
September & October 2007







## Capt. James D. Henley

**Experienced Captain**

Captain James ("Jim") D Henley has over 10 years
as a captain with the US Coast Guard and over 45
years of fishing experience. He fished
professionally for over 6 years before becoming a
full-time guide in Steinhatchee, FL.

Captain Jim's love of people and knowledge of
fishing and boating provides you a fun, safe day on
the water. The focus of the trip is about "you". Call
(352) 498-0792 to schedule your fun fishing trip.
Captain Henley has taken people fishing for over
45 years.

Charter Services Available

  ▶ Inshore fishing
  ▶ Offshore fishing
  ▶ Scalloping





PLAINTIFF'S
EXHIBIT
9-18-08
JAMES O. HENLEY #6



**Saltwater Fish'n**

| Home ▶ | | Lodging Info ▶ | Contact Us ▶ | Photo Album ▶ |

## SPECIAL NOTES

All charters include ice, bait & fishing tackle. Bait includes the Captain's choice of artificial bait and lures

Fishing licenses are not necessary as you are covered under Captain Jim's license

Fishing cleaning service is available at a rate of 5.50 a pound. Fish fillets are neatly bagged and ready to go home according to your specifications

Half Day Charters typically leave the dock at 7 or 8am and the fishing grounds are left around 12:00 or 1:00pm. Others choose to leave mid-morning or early afternoon for a four hour outing. Feel free to ask the Captain to meet your specific request.

Full Day Charters typically leave the dock at 7 or 8am and the fishing grounds are left around 3:30 or 4:00pm.

## Charter Options

**Inshore("Flats")**
**Fishing Charter**
25 Foot Carolina Skiff DVX

Fish the flats for trout, silver trout, redfish, blue fish and the occasional spanish mackrel.

Half Day (4 hours) - $350

Full Day (8 hours) - $450





**Offshore Fishing Charter**
Looking for an offshore adventure? Experience bottom fishing for "pinks","blacks", and "grouper" or troll for "king" or "spanish" mackerel.

*Choice of boats is the Captain's choice based on weather conditions.*

26 Foot Carolina Skiff DVX -

34 Foot Fountain powered by 3-225 HP Engines

Full Day - $850



## REFUND & CANCELLATION POLICY

1) Fishing is always the Captain's Choice. Safety is of the utmost important and decisions regarding fishing in any inclement weather will always be at the sole discretion of the Captain. In the event that the Captain cancels the charter, any

### Scalloping Charter

This is what Steinhatchee's famous for. Families, friends, and couples enjoy hours in the water searching for those curious little creatures. Scoop one up out of the grass or reach out and grab one in flight. Snorkel gear not included.

### Custom Charters

We're flexible! Some people choose to spend part of the day fishing and part of the day scalloping. Others want the guys to go fishing in the morning and the ladies & guys go fishing or scalloping in the afternoon.

**PLAINTIFF'S EXHIBIT**
9-18-08    #7
JAMES D. HENLEY