IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN ADMIRALTY

AXIS REINSURANCE COMPANY,

    Plaintiff,

vs.                        CASE NO. 4:08cv168-WS/WCS

JAMES D. HENLEY,

    Defendant.
_____/

| | |
|---|---|
| VIDEO DEPOSITION OF: | RON GIPSON |
| DATE: | October 7th, 2009 |
| TIME: | 1:01 p.m. - 1:40 p.m. |
| PLACE: | 305 N.E. First Street<br>Gainesville, Florida |

REPORTED BY:    NANCY P. VETTERICK, RPR

```
 1  APPEARANCES:
 2
    HAMILTON, MILLER & BIRTHISEL, LLP
 3  100 South Ashley Drive
    Suite 1210
 4  Tampa, Florida 33602
    (813) 223-1900, by:
 5  MICHAEL J. BRADFORD, ESQUIRE,
       appeared on behalf of the Plaintiff
 6
 7  BANKER, LOPEZ & GASSLER
    501 East Kennedy Boulevard
 8  Suite 1500
    Tampa, Florida 33602
 9  (813) 222-3349, by:
    DAVID F. POPE, ESQUIRE,
10     appeared on behalf of the Defendant
11
    ALSO PRESENT:
12
    JAMES D. HENLEY
13  JACK LUBRANT
```

```
                 INDEX
WITNESS                                PAGE
RON GIPSON
  Direct Examination by Mr. Bradford    5
  Cross-Examination by Mr. Pope        30
  Redirect Examination by Mr. Bradford 41


CERTIFICATE OF OATH                    44
CERTIFICATE OF REPORTER                45
```

```
 1               PROCEEDINGS
 2      THE VIDEOGRAPHER: Time on the record,
 3  1:01 p.m. Today's date, October 7th, 2009. This
 4  is the videotaped deposition of Ronald Gipson,
 5  being taken in the case of Axis Reinsurance
 6  Company, plaintiff, versus James D. Henley,
 7  defendant, filed in the Northern District of
 8  Florida, Tallahassee Division, U.S. District Court,
 9  in admiralty.
10      Case Number 4:08cv168-WS/WCS. My name is John
11  LuBrant, certified legal video specialist. Our
12  Court is Nancy Vetterick, and we are in association
13  with Galaxy Court Reporting, 101 South Franklin
14  Street, Tampa, Florida, and we are at 305 Northeast
15  First Street, Gainesville, Florida.
16      Will counsel present please identify
17  themselves and who they represent.
18      MR. BRADFORD: Yes. Mike Bradford for Axis
19  Reinsurance Company.
20      MR. POPE: David Pope for James D. Henley.
21      THE VIDEOGRAPHER: Okay. Sir, if you would,
22  raise your right hand to be sworn.
23      THE COURT REPORTER: Do you solemnly swear to
24  tell the truth, the whole truth, and nothing but
25  the truth, so help you God?
```

```
 1      THE WITNESS: I do.
 2      THE COURT REPORTER: Thank you.
 3  WHEREUPON:
 4           RON GIPSON
 5  was called as a witness and after having been duly sworn
 6  was examined and testified as follows:
 7           DIRECT EXAMINATION
 8  BY MR. BRADFORD:
 9      Q  Mr. Gipson, hi again. My name is Mike
10  Bradford. I'm an attorney with Hamilton, Miller &
11  Birthisel, and we represent Axis Reinsurance Company in
12  a legal dispute with James D. Henley. And I want to ask
13  you a few questions about anything you might know about
14  this case today.
15      Thanks for coming down. We appreciate it.
16  First of all, we are taking your deposition and
17  videotaping it for use at trial in this case. The trial
18  is going to be in Tallahassee. I understand it would be
19  very difficult for you to go to Tallahassee for the
20  trial; so we're doing this here today in lieu of trying
21  to get you there to Tallahassee.
22      And again, we appreciate your time. Would you
23  please state your full name?
24      A  Ronald P. Gipson.
25      Q  And what is your address?
```

2 (Pages 2 to 5)

Gravity Court Reporting & Digital Legal, LLC
Great verdicts begin with great discovery.

## Page 6

1  A
2
3  Q  Mr. Gipson, what do you do for a living?
4  A  I'm a supervisor at Suwannee American Cement,
5  maintenance department.
6  Q  How long have you been in that position?
7  A  Four years.
8  Q  Have you ever had your deposition taken for
9  any reason?
10  A  No.
11  Q  Okay. I'm just going to lay kind of a few
12  ground rules before we get into any questioning. I'll
13  ask that you always try to let me finish my question
14  before you start to answer. The main reason for that is
15  we have a court reporter taking a transcript; so if
16  we're talking over each other, it would be very
17  difficult for her to make an accurate transcript.
18     Always try to give me audible answers instead
19  of shaking or nodding your head 'cause although it'll
20  show up on video, it won't show up on the transcript.
21  If you don't understand a question I ask at any time,
22  just tell me. I'll be happy to try to rephrase it.
23     If you need to take a break at any time, tell
24  me, and I'll be happy to take a break. I'm going to try
25  not to keep you here too long today.

## Page 7

1  A  Sure.
2  Q  But if you do need to take a break, just tell
3  me, and that'll be fine. Now, do you know Captain James
4  D. Henley?
5  A  Vaguely.
6  Q  How?
7  A  Fishing trip.
8  Q  My understanding is that you were a guest on
9  his boat for a fishing trip on January 19th, 2008; is
10  that right?
11  A  I believe that's the date.
12  Q  Okay. Had you ever met Captain Henley before
13  that date?
14  A  No, sir.
15  Q  Have you seen or talked to him since that
16  date?
17  A  No, sir.
18  Q  Okay. How was it that you came to be a guest
19  or a passenger on his boat on that date?
20  A  A friend told me about his boat. Been on the
21  boat and caught fish. He set me up with James to go
22  fishing.
23  Q  Who is your friend?
24  A  Dave Yagel.
25  Q  When you say your friend had been on the boat,

## Page 8

1  what do you mean?
2  A  They'd been on the fishing vessel, with
3  Mr. Henley, prior to my trip.
4  Q  I'm sorry. I didn't mean to interrupt you.
5  Was it your understanding that it was a charter vessel?
6  A  Yeah. It was a charter vessel, what I was
7  told.
8  Q  Okay. Can you describe the boat to me?
9  A  Well, I can tell you it was a nice boat. It
10  was -- I know it was a Fountain. Had Mercury engines on
11  it.
12  Q  Mr. Henley, I'll represent to you, has
13  testified that you were a passenger on his boat, and
14  it's a 34-foot Fountain.
15  A  Uh-huh.
16  Q  Does that sound like the --
17  A  Yes, sir.
18  Q  -- right boat?
19     Okay. Let me just show you a picture real
20  quick. I'm going to show you what was marked Exhibit 1
21  to Captain Henley's deposition earlier in this case.
22  It's a page --
23     MR. BRADFORD: David, do you want to see that?
24     MR. POPE: No.
25

## Page 9

1  BY MR. BRADFORD:
2  Q  It's a page with two pictures of the boat in
3  question. Does that look like the boat you were on?
4  A  It looks like it.
5  Q  Okay. Who all was on the boat that day?
6  A  Me and my son.
7  Q  What is your son's name?
8  A
9  Q  And, of course, I take it Captain Henley was
10  on the boat?
11  A  Yes, sir.
12  Q  Was anybody else with you?
13  A  Yes. I don't know his name. He's out there
14  waiting on Mr. Henley.
15  Q  Oh, he's here today?
16  A  Yes.
17  Q  Okay. Does Albert Hulen ring a bell?
18  A  I don't remember the man's name.
19  Q  All right. You said it was your understanding
20  that it was a charter. Did you pay anything for the
21  fishing trip?
22  A  No.
23  Q  Do you know if anybody did?
24  A  Nope.
25  Q  Okay. Did someone else set the trip up for

3 (Pages 6 to 9)

Gravity Court Reporting & Digital Legal, LLC
Great verdicts begin with great discovery.

Page 10

1  you?
2  A  Yeah.
3  Q  Who was that?
4  A  Dave Yagel.
5  Q  Okay. Prior to meeting Captain Henley and
6  going out to his boat, did you know anything about him
7  or his boat or his charter business?
8  A  No.
9  Q  Did you review his web site at any point?
10 A  Yes.
11 Q  What did you see on the web site?
12 A  Just seen that boat that looked like the boat
13 that was in that picture you just showed me --
14 Q  Okay.
15 A  -- and seen that boat, and I seen another boat
16 where he'd done flat fishing business or whatever you
17 want to call it, charter or whatever.
18 Q  Did you talk to Captain Henley before the day
19 you went out on the boat?
20 A  I talked to him, but I don't know if it was
21 the day before or the day of.
22 Q  Okay. By phone?
23 A  Yes, sir. Like I said, I can't recall. I
24 know I talked to him before the trip, but I don't know
25 if it was the day of. I know I talked to him the day

Page 11

1  of, that morning.
2  Q  Where did you meet him?
3  A  On the dock. I can't remember the name of the
4  marina.
5  Q  It was at a marina?
6  A  Yes, sir.
7  Q  It wasn't his house?
8  A  No.
9  Q  Okay. What time did you meet?
10 A  I can't recall. Somewhere around six, between
11 six and seven I believe. It was early. It was still
12 dark.
13 Q  As far as -- I'm sorry. Go ahead.
14 A  I can't tell you the exact time.
15 Q  As far as you recall, what was the plan for
16 the day?
17 A  We was going out fishing.
18 Q  Were you going offshore? In shore?
19 A  It was questionable. He said he was going to
20 try some in close, and then maybe we'd go out some. It
21 was just -- it was up -- it wasn't nothing written in
22 stone about where we were going to fish. We just was
23 going fishing.
24 Q  He had a total of four people on the boat?
25 A  Yes.

Page 12

1  Q  Do you recall what time you took off that
2  morning?
3  A  No, sir.
4  Q  Did you have bait on board?
5  A  Yes.
6  Q  So you didn't have to stop somewhere and get
7  bait after you took off?
8  A  I can't remember. I can't remember. I know
9  we had bait, but I don't -- I don't remember stopping
10 anywhere.
11 Q  That's quite all right. I should have told
12 you before. If you don't remember something, that's
13 fine. Just tell me you don't remember.
14    Once you took off, what did you do from there?
15 A  Went out. I was told he was out about
16 10 miles.
17 Q  Who told you that? Captain Henley?
18 A  Captain Henley.
19 Q  How long did it take you to get out?
20 A  I don't remember.
21 Q  Once you got out that far, what did you do?
22 A  We started fishing.
23 Q  Catch anything?
24 A  Yeah.
25 Q  What did you catch?

Page 13

1  A  Black bass or black sea bass, whatever they
2  call them.
3  Q  Anything else?
4  A  Not that I recall.
5  Q  Do you recall how long you were out there, or
6  approximately how long you were out there before you
7  headed back in?
8  A  No, sir.
9  Q  Did you discuss Captain Henley's charter
10 business with him at all?
11 A  No.
12 Q  Did he ever tell you one way or another
13 whether this boat you were on was used for charter
14 fishing?
15 A  Not that I recall.
16 Q  Okay. Did he ever talk about his other boat
17 with you?
18 A  I can't remember.
19 Q  Do you remember talking about his business at
20 all?
21 A  No.
22 Q  Okay. At some point, I take it you headed
23 back in?
24 A  Yes.
25 Q  Approximately -- do you know how long you had

4 (Pages 10 to 13)

Gravity Court Reporting & Digital Legal, LLC
Great verdicts begin with great discovery.

1 been out by the time you headed back in?
2    A   It was probably -- estimation, it was
3 somewhere between 12 and 4, I believe, that we started
4 heading in. I don't have an estimation of time that
5 day.
6    Q   So sometime in the mid to --
7    A   Yeah.
8    Q   -- late afternoon?
9    A   It was after -- it was after 12:00, and it was
10 before dark.
11    Q   How many fish had you caught?
12    A   I can't remember.
13    Q   What led to the decision to come back in?
14    A   The boat was having problems.
15    Q   What do you mean when you say problems?
16    A   It was -- one of the motors wouldn't start,
17 and then the boat was taking on water.
18    Q   Describe what you mean by that. How was it
19 taking on water?
20    A   At one point, there was several inches of
21 water in the back. We was anchored at this time, and
22 the fellow that was on the boat with us, the older
23 fellow, was saying there was water back here. And I can
24 remember that Captain Henley flipped on some switches,
25 which I think was the bilge pumps, and the water just --

1    THE COURT REPORTER: What kind of pumps?
2    THE WITNESS: Bilge pumps.
3 BY MR. BRADFORD:
4    Q   B-I-L-G-E?
5    A   Yeah. I think that's how you spell it.
6    Q   Okay.
7    A   But there was several inches of water in the
8 back, and it wasn't -- it didn't seem to be a big
9 concern, and the older fellow told him there was water
10 back there. He flipped on some switches, and the water
11 disappeared off the floor.
12    Q   Where was the water exactly?
13    A   In the back part of the boat.
14    Q   It was visible on the --
15    A   Yeah.
16    Q   -- deck?
17    A   Yeah. It was visible. It didn't cover the
18 entire deck, but it was back there. There was several
19 inches of water back there. When he flipped the
20 switches, that water was gone that we could see.
21    Q   Was the boat underway at that point?
22    A   Was it what?
23    Q   Was the boat moving --
24    A   No.
25    Q   -- when the water disappeared?

1    A   No. As I recall, we was anchored at that
2 time.
3    Q   Okay. Did Captain Henley say anything about
4 the operation of the bilge pumps at that point?
5    A   No, sir.
6    Q   Or did the older gentleman say anything?
7    A   No, sir.
8    Q   What happened next?
9    A   We had -- at that point, I believe we tried to
10 get the anchor in, pull in the anchor.
11    Q   And did you pull it up?
12    A   I don't remember if it came up or not. I
13 don't remember.
14    Q   Do you remember if Captain Henley cut the line
15 to the anchor?
16    A   I believe he did, but I didn't see him cut it.
17    Q   Did you head back in at that point?
18    A   No, not at that point. I don't -- it's
19 been -- I don't know how long ago it's been. We --
20 after we left that one point, I believe we went out
21 further to catch some -- try to catch some grouper.
22    Q   This was after you had seen water on the back
23 of the boat?
24    A   That water might have been on the boat the
25 second -- when we was out further.

1    Q   All right. So this would have been after one
2 of the engines wouldn't start?
3    A   Yeah.
4    Q   Then you went out to another point to do some
5 more fishing?
6    A   I believe. I'm telling you the memory back --
7 I can't remember some of it.
8    Q   Understandable. Just tell me what you know to
9 the best of your recollection. So if I understand you,
10 at some point, there was water in the boat.
11 Captain Henley flipped some switches. It appeared that
12 the water went away?
13    A   I believe what happened was the first stop
14 that we stopped at, we didn't have an incident. That's
15 what it was. The first stop we stopped at, there wasn't
16 an issue, and then after we stopped there and caught
17 some black bass, or whatever you call them, then we went
18 out further.
19      And that's where we was starting to have
20 problems. That's where the water had come into the boat
21 at, when we went further out. The first stop was like
22 10 miles out. It didn't take us long to get there. I
23 can't tell you what time it was or how long it took us
24 to get there.
25      The first stop we stopped. We caught some

Gravity Court Reporting & Digital Legal, LLC
Great verdicts begin with great discovery.

| | Page 18 | | Page 20 |
|---|---|---|---|
| 1 | fish, and we moved and went further out. | 1 | A  Yes. It was up to the top of the door. |
| 2 | Q  How was the weather? | 2 | Q  Could you see anything else -- |
| 3 | A  At the beginning, it wasn't bad. When we | 3 | A  No, sir. |
| 4 | first -- that first stop, it wasn't that bad, but after | 4 | Q  -- back there? |
| 5 | that second stop, it started to get to me. Now, it | 5 | A  Nope. I seen batteries. |
| 6 | might not have been rough to a seaman, but to me, it was | 6 | Q  Were the batteries -- |
| 7 | pretty rough after we got out there after our first | 7 | A  There was batteries there. |
| 8 | stop. | 8 | Q  Were the batteries underwater? |
| 9 | Q  So at the second stop, that's where you saw | 9 | A  Yes, sir. |
| 10 | water -- | 10 | Q  Did you see anything else back in that |
| 11 | A  Yes. | 11 | compartment? |
| 12 | Q  -- coming into the boat? | 12 | A  No, sir. |
| 13 | A  Yes. | 13 | Q  What was Captain Henley doing at this point? |
| 14 | Q  Do you have any idea how the water was getting | 14 | A  I don't remember what he was doing. |
| 15 | in the boat? | 15 | Q  Do you remember anything he said? |
| 16 | A  No, sir. | 16 | A  He told that fellow that was on the boat with |
| 17 | Q  Were you able to see it coming into the boat? | 17 | him, the mate I guess, to get a bucket and start dipping |
| 18 | A  No, sir. | 18 | some water up. |
| 19 | Q  Did it appear to you that it was coming from | 19 | Q  Start bailing water -- |
| 20 | underneath? | 20 | A  Yeah. |
| 21 | A  I couldn't tell you. | 21 | Q  -- in other words? Did he do that? |
| 22 | Q  Okay. | 22 | A  Yes. |
| 23 | A  I don't know. | 23 | Q  Did you, at any point, bail water? |
| 24 | Q  When you saw the water in the back of the | 24 | A  Yes. |
| 25 | boat, did anybody look underneath? Did anybody lift any | 25 | Q  And how about your son? |

| | Page 19 | | Page 21 |
|---|---|---|---|
| 1 | hatches to see if there was water in the boat? | 1 | A  Yes. |
| 2 | A  After a little bit. They flipped the pumps | 2 | Q  How long did you bail water? |
| 3 | on, or whatever, the switches. To me, that would be the | 3 | A  I don't know how long I bailed water. Till I |
| 4 | bilge pump, and the water disappeared, and then a little | 4 | was wore out. |
| 5 | bit later there was more water in the boat. That's when | 5 | Q  Do you have any idea how much water you bailed |
| 6 | Captain Henley had told the guy that was on the boat to | 6 | out? |
| 7 | open that door. | 7 | A  How much I bailed out? |
| 8 | There's a big door back there, and when he | 8 | Q  Yes, sir. |
| 9 | told him to open the door, you could see there was a lot | 9 | A  No, sir. |
| 10 | of water in the boat. | 10 | Q  What size bucket were you using? |
| 11 | Q  The door you're talking about, is that a flat | 11 | A  I was using a 5-gallon bucket. |
| 12 | door -- | 12 | Q  Can you estimate how many times you filled |
| 13 | A  Yes, sir. | 13 | that bucket and dumped it out? |
| 14 | Q  -- on the back of the boat? | 14 | A  No. |
| 15 | A  Uh-huh. | 15 | Q  I understand you can't give me an exact |
| 16 | Q  Okay. | 16 | number, but would you say -- |
| 17 | A  Where the floor is. | 17 | A  If I give you any number, I'd be misleading. |
| 18 | Q  Okay. And then did you look in there | 18 | Q  Would it be more or less than 20? |
| 19 | yourself? | 19 | A  It was more than 20. |
| 20 | A  I was standing right there. | 20 | Q  Okay. How about 30? |
| 21 | Q  Did you see water in that area? | 21 | A  I couldn't tell you. I don't know. |
| 22 | A  Yes. | 22 | Q  Was your son also bailing? |
| 23 | Q  How much water? | 23 | A  Yes. |
| 24 | A  I couldn't tell you. There was water there. | 24 | Q  How about Mr. Hulen, the older gentleman? |
| 25 | Q  Was that area full of water? | 25 | A  Yes. |

6 (Pages 18 to 21)

Gravity Court Reporting & Digital Legal, LLC
Great verdicts begin with great discovery.

Page 22

1  Q  So the three of --
2  A  Well, he'd stopped.
3  Q  Okay.
4  A  We, me and my son, wanted to bail. I even
5  offered to bail.
6  Q  Why was that?
7  A  Because that old fellow was bailing water, and
8  I wanted to take some work off of him. He was an older
9  fellow bailing water, and I'm younger and stronger than
10 he was. I felt like it was more mannered for me to
11 start bailing than him.
12 Q  Were you worried at any point?
13 A  There was one point I got worried.
14 Q  Why was that?
15 A  Just the water in the boat, and Mr. Henley had
16 called the marina and -- to give a status of what was
17 going on. He'd called to tell somebody what was
18 happening.
19 Q  Do you recall what he said?
20 A  No, I don't. Just for somebody to call him.
21 Q  Do you remember him saying anything to either
22 you or anyone else about the engine not working?
23 A  Yes. Well, we knew the engine wasn't working.
24 Q  What did --
25 A  We all knew that on the boat.

Page 23

1  Q  What did he say about that? Did he have any
2  thoughts he expressed on that?
3  A  I can't remember what he'd said, something
4  about a spindle or something not popping up, something
5  about the starter engaging or something. I don't know
6  about that. He seemed to know what it was.
7  Q  Did he say anything about the bilge pumps not
8  working properly?
9  A  No, sir.
10 Q  Did he mention the bilge pumps at all?
11 A  No, sir.
12 Q  Were you and your son able to bail all the
13 water out of the boat?
14 A  No.
15 Q  Were you able to get the water level down?
16 A  Some.
17 Q  About how much?
18 A  Just me estimating?
19 Q  Yes, sir.
20 A  We probably lowered it two or three inches.
21 Q  Do you know how deep that compartment is
22 that --
23 A  No, sir.
24 Q  -- you're talking about?
25 A  I have no idea.

Page 24

1  Q  When you say you lowered it 2 or 3 inches, is
2  that the whole time you were bailing?
3  A  Yeah. We lowered it. I mean, you could -- we
4  noticed it went down, but I mean, it took some bailing
5  to get it down, but we got it down.
6  Q  Did you bail all the way in?
7  A  To the thing?
8  Q  To the time you got back to the marina.
9  A  No.
10 Q  When did you stop bailing?
11 A  When I got tired.
12 Q  And what about your son?
13 A  He quit when I quit.
14 Q  When you stopped bailing, do you know if the
15 water level increased at all?
16 A  I never seen it come back up.
17 Q  During this whole time as the water
18 accumulated and while you were bailing, did you ever see
19 water coming into the boat from any particular point?
20 A  No, sir.
21 Q  You said something about assistance coming.
22 Did somebody come to help you?
23 A  Yes, sir. We made the call, and I don't know
24 how much time it was. I mean, it seemed like awhile,
25 but probably -- I think probably 45 minutes estimation

Page 25

1  time. There was somebody that came out there --
2  Q  How far --
3  A  -- to assist us.
4  Q  I'm sorry. How far from shore were you when
5  the other boat came out to assist?
6  A  I don't know how far we was at.
7  Q  Could you see shore from that point?
8  A  No.
9  Q  Okay. Did anybody, from that boat, actually
10 board the vessel you were on?
11 A  They stayed right there beside us all the way
12 in.
13 Q  Did Captain Henley talk to them at any point?
14 A  Yes. He was talking to them on the radio.
15 Q  Do you remember what he said?
16 A  No, sir.
17 Q  From that point, how long did it take you to
18 get back in?
19 A  A whole lot longer than it did getting us out.
20 I know that. I don't know. It probably took us a
21 couple of hours to get in.
22 Q  Did you resume bailing water at any point?
23 A  No.
24 Q  So the water was just left there? Nobody
25 continued to bail it?

7 (Pages 22 to 25)

Gravity Court Reporting & Digital Legal, LLC
Great verdicts begin with great discovery.

Page 26

```
 1    A   Yeah.
 2    Q   When you got back to shore, where did you go?
 3    A   He dropped us off at the dock where he picked
 4  us up.
 5    Q   At the marina?
 6    A   Yes, sir.
 7    Q   When you say he dropped us off, are you
 8  talking about --
 9    A   Me and --
10    Q   -- you and your son?
11    A   -- son. He dropped me and my son off where he
12  had picked us up at.
13    Q   Did Captain Henley dock at the marina at that
14  point?
15    A   No, sir.
16    Q   Did he just pull up to the dock and let you
17  off?
18    A   Yeah. He pulled up there, and we got off.
19    Q   What did you do next?
20    A   We drove around to his house.
21    Q   Did Captain Henley go onto his house from
22  there?
23    A   Yes.
24    Q   Do you remember Captain Henley talking to
25  anyone at the marina?
```

Page 27

```
 1    A   No.
 2    Q   Was there any discussion that you recall
 3  taking the boat out of the water at the marina?
 4    A   No. He dropped us off at the marina, and then
 5  we went around to his house to pick up the fish.
 6    Q   How long did it take you to get to
 7  Captain Henley's house?
 8    A   Not long. Probably three or four minutes,
 9  maybe five minutes.
10    Q   Once you got to his house, what did you do?
11    A   He was meeting us on the dock right there, and
12  we cleaned fish -- he had cleaned fish.
13    Q   He had cleaned your fish?
14    A   He cleaned our fish. Gave us our fish and
15  shook hands, and we left.
16    Q   Was there any discussion of what had happened?
17    A   No, sir.
18    Q   But Captain Henley didn't say anything about
19  how the boat had taken on water?
20    A   (Shaking head.)
21    Q   Did he apologize?
22    A   He just very polite, you know. Talking about
23  maybe we can do this again under better circumstances or
24  something to that effect. Offered us -- offered to take
25  us again sometime.
```

Page 28

```
 1    Q   And what did you say?
 2    A   I told him I'd be back in touch with him.
 3    Q   Did you ask why the boat was taking on water?
 4    A   No.
 5    Q   How long were you at Captain Henley's house?
 6    A   Probably -- maybe 30 minutes, 30 to 45 minutes
 7  maybe.
 8    Q   Where was the boat during that time?
 9    A   At the dock right there, his dock.
10    Q   Did you ever get back on the boat?
11    A   No.
12    Q   Do you know if the water had been removed from
13  the boat at that point?
14    A   Nope.
15    Q   Did Captain Henley say anything about it?
16    A   No, sir.
17    Q   You estimated that you probably bailed out
18  more than 25-gallon buckets of water. Do you have any
19  idea how much water your son bailed?
20    A   He was bailing, and I was dumping them.
21    Q   I got you.
22    A   He would dip it down there and fill it up, and
23  I'd take the bucket and dump it over the side.
24    Q   Was there, at any point, water crashing over
25  the side of the boat?
```

Page 29

```
 1    A   No. It got pretty rough out there. There was
 2  some sprays every now and then, spraying in the back of
 3  the boat, but as far as coming over the side of the
 4  boat, no.
 5    Q   Now, I apologize. I may have already asked
 6  you this, but have you talked to Captain Henley since
 7  that trip?
 8    A   No, sir.
 9    Q   Have you talked to anybody else about this
10  incident? Anybody from the tow company that came out to
11  assist or anyone like that?
12    A   No. I never -- I couldn't tell you who that
13  guy was. It was a -- all I remember seeing, on his
14  boat, was a Tow Boat U.S.A. or something like that.
15    Q   Do you recall seeing Captain Henley do any
16  kind of inspection on the boat before you left that
17  morning?
18    A   No, sir.
19    Q   Did you ever go back and look at Captain
20  Henley's web site again after the trip?
21    A   Yeah.
22    Q   Did you see the Fountain boat that you were on
23  on the web site?
24    A   No, sir.
25    Q   The first time you saw water in the boat, when
```

8 (Pages 26 to 29)

Gravity Court Reporting & Digital Legal, LLC
Great verdicts begin with great discovery.

1 you said Mr. Hulen mentioned that there was water in the
2 boat, I'm a little unclear on kind of the chronology of
3 how things happened. You saw the water in the boat.
4 Captain Henley flipped on some switches. That water
5 disappeared.
6     At that point, had anyone looked underneath
7 under the hatch?
8   A  No. Not that I recall. If they did, I didn't
9 see them.
10   Q  At any point, did you actually see the bilge
11 pumps on the boat?
12   A  No. My recollection, bilge pumps are on the
13 bottom of the boat. I was walking on the floor of that
14 boat.
15     MR. POPE: Mr. Gipson, that's all I have.
16 Thank you.
17     CROSS-EXAMINATION
18 BY MR. POPE:
19   Q  Mr. Gipson, my name is David Pope. I
20 represent Mr. Henley in this action. I'm just going to
21 have a few questions. On the date of this fishing trip,
22 you've described the weather conditions as being -- I'll
23 paraphrase what you said -- pretty good to start with
24 and deteriorating or getting worse the longer the day
25 went on.

1 Is that what you recall about the weather?
2   A  Yes, sir. That's what I recall. It was rainy
3 that morning, just a little bit of rain. It was like
4 the longer we was out there -- the seas was even not as
5 rough, but the longer we was out there, the seas started
6 getting --
7   Q  Because you started out, if I remember right,
8 about 6:00 or 7:00, in the morning, a.m. from the
9 marina?
10   A  That's about right.
11   Q  And, at that time, the weather conditions, at
12 least to you, appeared to be okay?
13   A  It was a little bit windy and rainy.
14   Q  It might have been rainy?
15   A  Yes.
16   Q  Okay. How about the seas when you first got
17 out into the Gulf?
18   A  They weren't that bad. I think they was
19 probably one to twos, maybe two to threes.
20   Q  Have you been out in the Gulf before?
21   A  Yes.
22   Q  Okay. So you're -- in that area,
23 Steinhatchee?
24   A  Yes.
25   Q  Okay. So you're familiar with --

1   A  Very familiar.
2   Q  -- what the general wave conditions are?
3   A  Yes.
4   Q  Had you listened to any weather forecast
5 before you guys went out?
6   A  No.
7   Q  Okay. You went out initially to about
8 10 miles offshore, and then you went out some distance
9 further, and if I understand correctly, you're not sure
10 how far much further, but you did go further?
11   A  Uh-huh.
12   Q  Were the seas continuing to build as the day
13 went on?
14   A  Yes.
15   Q  When you guys started back in and you were out
16 as far as you were going to be, do you remember like --
17 could you guess how big the seas were. Estimate. If
18 they're one to two to start with --
19   A  I would say at least four to fives at one
20 point.
21   Q  And was the wind picking up at that point?
22   A  The wind would pick up, and then it would lay
23 down a little bit. The wind was iffy that day.
24 Sometimes it would blow pretty good, and sometimes it
25 wouldn't.

1   Q  Are you prone to seasickness or your son? I
2 mean, if the weather was getting worse, was anybody
3 getting sick?
4   A  There was -- the older guy in the boat was
5 sick. He got sick.
6   Q  Mr. Hulen?
7   A  Yeah. He got sick.
8   Q  Okay. And I use the term seasickness.
9   A  Yeah.
10   Q  Some people call it motion sickness, but was
11 the boat moving around a lot?
12   A  Yeah.
13   Q  Particularly when it was anchored?
14   A  No. It was normal when it was anchored. It
15 would move some, but there was times that the swells got
16 pretty good at times. It was rougher than what I would
17 like being in.
18   Q  Were you uncomfortable being out that far in
19 rough weather?
20   A  In that situation, I was.
21   Q  With what you described?
22   A  What I seen --
23   Q  Okay.
24   A  -- I was very uncomfortable, but I felt -- I
25 felt like we were coming in because he had called.

9 (Pages 30 to 33)

Gravity Court Reporting & Digital Legal, LLC
Great verdicts begin with great discovery.

Page 34

1   Q   He meaning Henley?
2   A   Yes. Mr. Henley, he had called and made
3   contact, and when I seen that other boat, I was -- I
4   felt comfortable then.
5   Q   Did anybody from the other boat ever come
6   aboard --
7   A   No, sir.
8   Q   -- the boat you were on?
9       Did they ever put a line on the boat and like
10  tow you?
11  A   No, sir.
12  Q   But they were just like alongside or parallel
13  with you?
14  A   They stayed right beside us.
15  Q   Okay. And that continued all the way up to
16  the dock at the marina where you got off?
17  A   All the way in.
18  Q   Now, you mentioned that it took quite a bit
19  more time to come in than it had to go out. When you
20  went out, did you use three engines or two --
21  A   Yeah.
22  Q   -- if you can recall?
23  A   Yeah. We had three engines going out.
24  Q   Okay. Did the failure of the second engine or
25  the problem with it occur at the first stop where you

Page 35

1   caught the black bass?
2   A   I don't remember that.
3   Q   Okay. Or the second -- you don't remember?
4   A   I do not remember, but I do remember going out
5   there, and all three engines was running 'cause I was
6   watching them on the throttle thing.
7   Q   And on the way back, only two were running?
8   A   Yes.
9   Q   Do you remember whether it was the outboard
10  engines? Which one wasn't running, do you remember?
11  A   I think it was the center engine --
12  Q   Okay.
13  A   -- but I'm not sure.
14  Q   Okay.
15  A   There was three engines on that boat, and I
16  believe it was the one in the center. I could be wrong,
17  but that was just what I thought I remembered.
18  Q   And was the boat going slower, on the way back
19  in, on two engines than it had on three engines?
20  A   When we were looking at the speedometer, it
21  was running 6 knots.
22  Q   Six knots?
23  A   That's what we was running.
24  Q   Were you going faster than 6 knots on the way
25  out there?

Page 36

1   A   Oh, yeah.
2   Q   If I use the term the boat would be on a
3   plane, would you appreciate that that meant the boat had
4   achieved a certain speed and had come up out of the
5   water?
6   A   Coming in or going out?
7   Q   Either way.
8   A   We were on a plane going out.
9   Q   How about coming in?
10  A   No.
11  Q   So the boat, at least from your perspective,
12  didn't get up on a plane.
13  A   I know that boat didn't get on a plane.
14  Q   Okay. When you got back to the dock at the
15  marina, if I understand correctly, you and your son got
16  off; is that correct?
17  A   Yes, sir.
18  Q   And Mr. Hulen the older gentleman, and
19  Captain Henley stayed on the boat, and then I guess
20  when -- you were in your -- had to pick up your car?
21  A   Yes, sir.
22  Q   Okay. So you went to Mister -- or
23  Captain Henley's house by car?
24  A   Yes, sir.
25  Q   And I assume, or tell me if I'm wrong, that

Page 37

1   Captain Henley took the boat from the marina to his
2   house?
3   A   Yes, sir.
4   Q   Okay. And was Mr. Hulen there when you guys
5   got there?
6   A   Yes, sir.
7   Q   All right. Did he help with the fish
8   cleaning?
9   A   Yes, sir.
10  Q   Okay. When you got to the, Mr. Henley's
11  house, is the fish cleaning area on the dock?
12  A   No.
13  Q   Where is it?
14  A   It's up under the carport area. It's -- he's
15  got like a carport off of his house, and he got a little
16  old cleaning station there. It's not down there on the
17  canal. It's up on his property.
18  Q   Okay. And is that where you and your son
19  were?
20  A   Yes, sir.
21  Q   Okay. And did you get your fish?
22  A   Yes.
23  Q   What kind of fish were they?
24  A   We got black bass that day.
25  Q   I assume that the grouper stop, it doesn't

10 (Pages 34 to 37)

Gravity Court Reporting & Digital Legal, LLC
Great verdicts begin with great discovery.

Page 38

1  sound like it was very successful?
2  A  No, sir.
3  Q  Didn't get any grouper?
4  A  No, sir.
5  Q  Okay. Do you remember, was it -- could you
6  estimate how many pounds you guys got?
7  A  No, sir. I sure can't.
8  Q  Okay. I guess you had a cooler to put them in
9  or something?
10 A  Yeah. He put them in a bag, and we put them
11 in the truck. We had a cooler to put them in.
12 Q  And you left then?
13 A  Yes, sir.
14 Q  Okay. Was the weather -- when you were
15 waiting the 30 to 45 minutes for the fish cleaning to be
16 completed, was the weather the same, better, or worse?
17 A  It was raining. It was just -- and it stopped
18 for a little while. It seemed like when we got back,
19 the weather started to clear up, to me.
20 Q  Back to Trenton?
21 A  Yeah. When we -- when we was at his house, it
22 was raining --
23 Q  Okay.
24 A  -- off and on. It'd come down pretty good for
25 a little bit. Then it would rain. The wind would blow,

Page 39

1  but then by the time the fish cleaning got done, we got
2  in the truck and was leaving. The weather -- it looked
3  like to me it was clearing up.
4  Q  Okay. And you went -- how far is Trenton from
5  Steinhatchee?
6  A  Steinhatchee? About 30 miles, estimate 30 to
7  40 miles.
8  Q  Okay. You mentioned that the person that put
9  you or that got you in touch or got Captain Henley in
10 touch with you is a guy named Dave Yagel?
11 A  Yes, sir.
12 Q  Does he work with you?
13 A  No. He works for SIS, Suwannee something.
14 It's a construction company.
15 Q  Okay. In the course of the trip, did you
16 bring your own refreshments in terms of like drinks for
17 you and your son and stuff?
18 A  I don't even remember. I think he had stuff
19 onboard. I think -- I think we did stop at the store
20 and get some drinks. I can't really remember. I
21 remember drinking a soda, but I don't remember.
22 Q  Okay. Did you ever pay Captain Henley for the
23 trip?
24 A  No, sir.
25 Q  Did you pay Mr. Yagel? I don't want to say

Page 40

1  his name wrong. Did you ever pay Mr. Yagel for this
2  trip?
3  A  No, sir.
4  Q  Did you ever pay anybody for this trip?
5  A  No, sir.
6  Q  Okay. When you were back at the house waiting
7  for the fish, could you see the boat?
8  A  Yes.
9  Q  Where was it?
10 A  At the dock, at his dock.
11 Q  Did it appear to be sinking?
12 A  It didn't look like it to me.
13 Q  Was it afloat?
14 A  It was floating.
15 Q  Did it look like it was on an even keel from
16 where you were?
17 A  I didn't pay much attention to it.
18 Q  Okay. It just looked like a boat sitting
19 there?
20 A  The boat was there. I seen the boat.
21 Q  Okay.
22 A  As far as whether -- it looked like it was
23 floating to me, but I don't know.
24   MR. POPE:  Okay. That's all the questions I
25 have. Thank you, sir.

Page 41

1           REDIRECT EXAMINATION
2  BY MR. BRADFORD:
3  Q  Mr. Gipson, I just have a few follow-up
4  questions. You said once the other boat arrived to
5  escort you in, you felt comfortable. Prior to that, did
6  you fear for your safety or your --
7  A  Yes.
8  Q  -- son's safety?
9  A  I was nervous, very nervous.
10 Q  You said you didn't pay anyone for this trip.
11 Is it your understanding that anyone paid Mr. Henley for
12 the trip?
13 A  Not that I'm aware of.
14 Q  Do you know one way or the other?
15 A  No, I do not.
16 Q  Do you know the reason Mr. Yagel set up the
17 trip?
18 A  Because we both like fishing, and we was
19 talking about fishing at work, and he said he had been
20 out with a fellow that took him and some other fellows
21 out, and they caught a lot of fish.
22 Q  Okay. So he arranged for you to go out with
23 Captain Henley?
24 A  Yes.
25 Q  And you don't know the details of what they

11 (Pages 38 to 41)

Gravity Court Reporting & Digital Legal, LLC
Great verdicts begin with great discovery.

## Page 42

talked about?

A  No, sir. I was just wanting to get in on some of that catching them fish.

Q  When you were back at the house, did Mr. Henley say anything about what he planned to do with the boat?

A  No, sir.

Q  Did he mention that he planned to address the problem with water intruding on the boat?

A  Nothing -- nothing, at that point, said about the boat.

Q  What about the engine?

A  No, sir.

Q  I'm sorry if you already addressed this. You said you were talking to Mr. Yagel at work?

A  Yes.

Q  The two of you, do you work together in some capacity?

A  He does work -- he'll do jobs out there at times. He's like a contractor. He comes in and out when we need stuff done.

Q  At your business?

A  Yes.

Q  All right.

A  And we was all sitting around one day, at

## Page 43

break, talking about catching fish.

MR. BRADFORD: All right. That's all I have. Thank you very much.

THE WITNESS: Yes, sir.

MR. POPE: Thank you, sir.

THE VIDEOGRAPHER: Okay. Standby. This concludes the deposition. Time 1:40.

MR. BRADFORD: I need this by Friday, but you can E-mail it on Friday. Then I need the hard copies by Monday.

THE COURT REPORTER: Mr. Pope, do you want a copy?

MR. POPE: Yes, please. You can e-mail it to me, also, and the hard copies by Monday.

(WHEREUPON, the deposition was concluded at 1:40 p.m.)

## Page 44

CERTIFICATE OF OATH

STATE OF FLORIDA
COUNTY OF ALACHUA

I, the undersigned authority, certify that RON GIPSON, personally appeared before me and was duly sworn.

WITNESS my hand and official seal this 7th day of October 2009.

_____
NANCY P. VETTERICK, RPR
Notary Public - State of Florida

## Page 45

REPORTER'S DEPOSITION CERTIFICATE

STATE OF FLORIDA:
COUNTY OF ALACHUA:

I, NANCY P. VETTERICK, RPR, Court Reporter, certify that I was authorized to and did stenographically report the deposition of RON GIPSON; that a review of the transcript was not requested; and that the transcript is a true and complete record of my stenographic notes.

I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

DATED this 7th day of October, 2009.

_____
NANCY P. VETTERICK, RPR
Court Reporter

12 (Pages 42 to 45)

Gravity Court Reporting & Digital Legal, LLC
Great verdicts begin with great discovery.